

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2014

No. 04-14-00014-CV

Sherman Patrick Wayne **MILLER**,
Appellant

v.

Lee Ann Marie **MILLER**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51753-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The reporter's record in this appeal was due on April 2, 2014, but was not filed. On April 4, 2014, this court notified Sonia G. Trevino by letter that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our notice required Ms. Trevino to file the record no later than May 5, 2014, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Ms. Trevino was required to file a notice so advising the court no later than April 14, 2014. We received no response to our letter.

Accordingly, we **ORDER SONIA G. TREVINO** to file the reporter's record in this court on or before **June 16, 2014**. Ms. Trevino is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt. Ms. Trevino is further advised that no extensions of time will be granted absent extraordinary circumstances.

We further **order** the clerk of this court to serve this order on Sonia G. Trevino by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," *see* TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court